Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Middle_ District of _Florida_

_Tampa_ Division

Case No. 8:23 cv 895 MSS - MRM

_(to be filled in by the Clerk's Office)_

Raymond Curtis

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

1) Kristina Aman, 2) Kristine Hendrick, 3) Jessica W. O'Connor, 4) Patric Jones, 5) Andrew Eicher, 6) Brooke Padgett, Dakota Fortin ~~City of Brooksville Florida~~

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names. Do not include addresses here.)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.



Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Raymond Curtis |
| All other names by which you have been known: | |
| ID Number | 2022-3561 |
| Current Institution | Falkenburg Road Jail |
| Address | 520 Falkenburg Road |
| | Tampa            Florida    33619 |
| | City            State    Zip Code |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kristina Aman |
| Job or Title *(if known)* | HCSO. DISCP CP130 |
| Shield Number | 223846 |
| Employer | HCSO Child Protective Investigation (CPID) |
| Address | 1501 N Falkenburg Road |
| | Tampa            Florida    33619 |
| | City            State    Zip Code |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Detective Kristin Hendrick |
| Job or Title *(if known)* | HCSO DISCI |
| Shield Number | 249576 |
| Employer | Hillsborough County Sheriff Office |
| Address | 2316 Falkenburg Road N |
| | Tampa            Florida    33619 |
| | City            State    Zip Code |

☐ Individual capacity    ☑ Official capacity

Attachment for Defendants

DEFENDANT NO. 5          ANDREW EICHER

Job or Title             PROSECUTOR

SHIEID Number            _____

EmpIoyer                 CHIIdREN'S LEGAI SERVICE

Address                  N/A

                         TAMPA      FIORIDA      33602

☐ INdividual Capacity    City        State      ZiPCode

☑ OFFiciAl Capacity


DEFENDANT NO. 6          BROOKE PADGEtt

Job or Title             AssistANt StAte attorNey

SHieid NumbeR            _____

EmpioyeR                 SUSAN S. LOPEZ

Address                  419 N PieRCE StReet

                         TAMPA      FIORiDA      33602

                         City        State      Zipcode


☐ INdividuAl cApacity

☑ oFFiciAl CApacity


DEFENDANt NO. 6 7        DetEctive DAKotA FoRtiN

Job or Title             ~~00000~~ N/A

SHieid NumbeR            255065·

EmpioyeR                 HillsboROUGH COuNty SHERiff office

AddRess                  2316 FAiKENbuRG RoAd N

☐ INdividuAl cApacity    TAMPA      FIORidA      33619

☑ oFFiciAl cApacity      City       StAtE       ZiPcodE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name                    JESSICA W. O'CONNOR

Job or Title *(if known)*  ASSISTANT STATE ATTORNEY

Shield Number

Employer                STATE ATTORNEY OFFICE OF SUSAN S. LOPEZ

Address                 419 N PIERCE STREET

TAMPA               FLORIDA        33602
*City*                *State*        *Zip Code*

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name                    PATRIC JONES

Job or Title *(if known)*  ASSISTANT PUBLIC DEFENDER

Shield Number

Employer                LAW OFFICE OF JULIANNE M. HOLT PUBLIC DEFENDER

Address                 700 EAST TWIGGS STREET

TAMPA               FLORIDA        33672
*City*                *State*        *Zip Code*

☐ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
DEFENDANT'S VIOLATED 1st, 4th, 5th, 6th, 8th AND 14th
AMENDMENTS OF THE U.S CONSTITUTION, UNLAWFUL ARREST, FALSE
IMPRISONMENT, MALICIOUS PROSECUTION, LEGAL MALPRACTICE, MEDICAL
MALPRACTICE, ABUSE OF PROCESS, DEFENDANTS VIOLATED ~~CONSTIT~~
18 U.S.C.A 241 AND 242, SLANDER AND LIBEL, DISCRIMINATION

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

PLEASE SEE ATTACHMENT

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

PLEASE SEE Attachment

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

PLEASE SEE Attachment

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Emotional distortment, psychological TRAUMA, Embarrasment, Humiliation, Hypertention, A SEVERE ANXiety, loss of time, Intentional infliction of Emotional distress, FALSE ARREST, UNLAWFUL INCARCERATION, SLANDER AND LibEL, Loss of Economic AND NONECONOMIC WAGES, Malicious prosecution, LEGAL MALPRACTICE, MEDICAL MALPRACTICE, discomfort AND physical INCONVIENCE

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. THE AMOUNt REQUESTED FOR COMPENSATORY AND Punitive damages will SERVE AS REtribution AND REWARDING FOR tHE damages AND SEVERE SUFFERING AND will COVER FUTURE ECONOMIC AND MEDICAL EXPENSES AS WELL. 1) CLAIM 1 ; $600,000 IN PUNitive DAMAGES
2) CLAIM 2; 500,000 IN PUNitive damAGES
3) CLAIM 3; 1,000,000 IN Punitive damAGES
4) CLAIM 4; 750,000 IN PUNitive damAGES
5) CLAIM 5; 250,000 IN PUNitive damAGES

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.      If you did file a grievance:

1.   Where did you file the grievance?

2.   What did you claim in your grievance?

3.   What was the result, if any?

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

      _____

3.   Docket or index number

      _____

4.   Name of Judge assigned to your case

      _____

5.   Approximate date of filing lawsuit

      _____

6.   Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

      _____

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     _4.20.2023_

Signature of Plaintiff
Printed Name of Plaintiff     RAymond CURtis
Prison Identification #     2022-3561
Prison Address     520 N FAlKENbuRG RoAd
                    TAmpA        FL        33619
                         City          State          Zip Code

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
                         City          State          Zip Code

Telephone Number
E-mail Address

1 of 6

Section II. Basis for Jurisdiction:
Attachment for Question D

HCSO Child Protection Investigation Division:
THE C.P.I. team unlawfully took my two
daughters after C.P.I. Aman maliciously and
ficticiously created an investigative report to
validate her abuse of process. Her violations of
Child Protection procedures and Florida's statutes
Resulted in the misconduct of the C.P.I. team
forcing my daughters out of my wife's arms.

C.P.I. Aman used her false report to have my
wife and I unlawfully arrested after she contacted
Detective Fortin and Hendricks to initiate a
criminal investigation.
THE C.P.I. medical team dileberately created
favorable evidence for prosecution by making
entries in the medical records and documents
with malicious intentions to influence the
investigation by allowing their ficticious
examination of my daughters to become tangible
documents.

I have documented proof that the C.P.I. team
gave a doctor permission to vaccinate my daughter
despite the court's order not to do so, due to my
wife and I being "anti vaccination". Judging

FROM THE RECORDS my daughter became extremely ill.
C.P.I disregarded the Court's order and violated
our Parental Rights and spiritual beliefs. THE
Child Protection team's Violation of state and
Federal law lead to my wife and I innocent
Conduct being unconstitutionally Criminalize.

HCSO Criminal Investigation Division
I can present documented evidence that not
only did Detective Fortin and Hendricks
disregard the truth or exculpatory evidence to
narrate A false Child Neglect case, Detective
Hendricks intentionally purjured Herself by
disregarding the material facts of the investigation
in order to include surplusage, and Knowingly
Asserted false statements under oath in support
of Probable Cause for the issuance of an
Arrest warrant. THE Content of Hendricks
Affidavit did not correspond with the facts or
Medical findings and Reports provided by
Tampa General Hospital Medical Experts.
THE Affidavit did not consist on the material facts
of the investigation. This illegal, and Abuse of
process Resulted in the Arrest of my wife and I,
As well for an unlawful detention.

<u>STATE ATTORNEY OFFICE OF SUSAN S. LOPEZ</u>

Assitant State Attorney Jessica W. O'Conno
vindictively prosecuted this case not only
without probable cause, she knew the body of
information did not track the language of the
statute; the information did not contain the
required elements to state the offense charged,
THE STATE Attorney office knew the Evidence
was insufficient to show that a crime was
committed at all, and MS. O'CONNOR not only
disregarded the truth, she chose to violate the
Florida's laws and Florida's Bar Rules to
maliciously commence a proceeding knowing there
was no Prima Facie Case.

I can present proof of a Brady and Giglio
Violation, For a year now, the State is persistent
with suppressing exculpatory Evidence while
intentionally relying on impeaching material
to favor their case.
THE ASSISTANT STATE ATTORNEY Brooke Padgett swore
herself to the information of the case with no
intentions on correcting the defects in the institution
of the information that was done by Assistant State
Attorney Jessica O'Connor.

Assistant State Attorney, Brooke Padgett and State Attorney Susan Lopez chose to continue the commencement of an unlawful prosecution knowing the information filed does not allege facts that's corresponding to the elements of the alleged crime; it's not stating an offense.

The state's violation of Procedural due process resulted in the Criminalization of innocent conduct and an unlawful incarceration.

## Children's Legal Service
The Attorney for the Children's legal service maliciously filed a petition to terminate I and my wife's parental Rights permenantly, Two months after the arrest, Andrew Eicher used the pending Child Neglect charges as grounds to terminate.

Andrew Eicher demonstrated a perverted use of the Judicial process by petitioning or admitting documents that violated Florida's statutes, His conduct violated the Florida Bar Rules when He vindictively prosecuted documents that consisted on ficticious information and False statements, the content of His Petition not only violated the statutes, It was not based on factual information, nor

5 of 6

did it Rely on a factual source. His abuse of process was to permeniantly prevent me and my wife from parenting our daughters with no regards to the law, our parental Rights, priviledges, ~~or~~ or our emotional and psychological bond.

### Law office of Julianne M. Holt

The Public defender office infringed on my Constitutional Rights by intentionally neglecting my wife and I of proffessional standards and competent Representation.

After Patric Jones was appointed to Represent me and my wife, His Refuse to take any corrective actions towards the obvious defects in the state's evidence, nor would He oppose the malicious actions of the Prosecutor, He would state "I Know Her very well, we are Good Friends", the Records of the court will Reflect an incompentent lawyer whose loyalty was not with His clients but with the State.

Mr. Jones withdrew from my part of the case after I complained about ineffective assistance, But the court allowed Him to continue to counsel

my wife, in which resulted in mr. Jones
coercing my wife into taking a defective four
year plea off of an intentional miscalculated
scoresheet that Patric Jones knew was vividly
erroneous, He also refused to correct it after I
brought the errors to His attention.

Patric Jones neglect of Reasonable duty, and
His violations of the constitution not only
affected the fairness of the proceeding, His
deficient performance deprived me of procedural
due process that's guaranteed by the fourteenth
Amendment. The Public Defender office neglected the loyalty
owed to their indigent clients.
In summary, Each defendant conspired with one
another to violate the Administration of justice, thereby
making it a policy or practice to deny due process of
law

IV. Statement of Claim "Attachment" pertaing to question A, C, D

On January 19, 2022, my family was wrongfully kicked out of a housing program after I initiated an informal complaint to the Headquarter to conduct an investigation on the executive director who was bullying my family and another, and she was improperly using the Charity and fundings.

Out of Retaliation, the executive director booked a Room for 7 days at the Brandon lodge Motel for my wife and I, and our "1 year and 4 month", and "2 month old" daughters.

On January 26, 2022, based on the records which does not hide that it was an associate of the program and friend of the executive director who placed a false report to the Florida Abuse Hotline with the intention that our daughters will be taken by C.P.I.

On January 27, 2022, HCSO Deputies and C.P.I came to our Motel Room to investigate, In which they came to the conclusion after examing our daughters that "they are Healthy", and documented "There are no signs of Neglect or Abuse".

The investigation team left after exchanging information and leaving my family with some Helpful Resources.
(This Report on 1.27.22 is kept Hidden by the state)

On January 28, 2022, HCSO C.P.T Kristina Aman contacted me by phone and offered to give my family a ride to our destination after I told Her "We're waiting on a cab".
While transporting my family to another Hotel she acknowlede that our daughters look Healthy, and she wanted to follow up on us after we check out from this Hotel.

On January 28, 2022, According to C.P.T Aman "Another call was made to the Abuse Hotline and these Allegations ARE Worse." The investigation Report does not Hide that the call was made by the same Associates (Friends) of the Executive director of the Family Program.
Because of their vendetta, they made another false Report when their plan did not work on January 27, 2022.

ON JANUARY 31, 2022, AFTER CHECKING OUT from the Hotel, lATER ON C.P.I AMAN CONTACTED ME by phone ASKING "WHERE ARE YOU GoING to stAy?," AND SHE ALso stAted," THERE IS NO ASSISTANCE THE C.P.I CAN provide to you AND YouR wife, but WE CAN find A place for YouR dAUGHTERS".

I REPLIED bACK "I KINd of fiGURE tHis is WHY YOU WANTED to follow up with US THE dAy WE CHECKED OUT, but WE HAVE SomEWHERE to Go, AND YOU'RE Not tAKEN OUR dAUGHTERS".
AfTER I ASKEd to speAK to HER SupERVisoR, WE NEVER HEARd fRom C.P.I. AMAN AGAiN.

ACCORdiNG to tHE REPORts oN file, BECAUSE WE would Not Allow HER to stAlK US oR tAKE OUR dAUGHTERS, SomEdAys lAtER C.P.I AMAN put out A missiNG PERSoN REPORt oN my two dAUGHTERS WHo ARE bEiNG HEld "CAptivE" by tHEiR Biological PARENTS.

ON FEbUARY 4, 2022, WHilE diNEiNG iN At A WENdy's RESTRAUNT, tHE HCSO dEputiEs detAiNEd US ~~detained US~~ iNside tHE RESTRAUNT Not AllowiNG US to lEAVE uNtill C.P.I ARRiVEd AND forced my dAUGHTERS out of my wife's ARms dUE to A fRiVilous ComplAiNt mAdE by tHE C.P.I tEAm

Resulting from the ficticious Reporting of C.P.T Kristina Aman.

On Febuary 4, 2022, After our daughter were taken, they were transported to the HCSO C.P.T medical team for examinations, where their Register Nurse took advantage of my 1year and 4 month old daughter's Ethnic and Genetic traits.
I can present documented evidence that not only did the C.P.T team take an advantage of a 1 year old developmental delays, they intentionally made false entries in their medical exam by decreasing my daughter's true or correct measurements.

The Records of the court will show that the C.P.T team intentionally misdiagnosed our daughters with "malnourishment" and "failure to thrive" in order to stage a child neglect case.

The investigation Report shows, afterward, C.P.T team contacted the HCSO Criminal Investigation Division because of a Vegetarian Father not providing his 1 year and 4 month old daughter with "meat" and "Cow's milk".
There was no evidence of criminal activity on Febuary, 4th, C.P.T motivation to contact a

Criminal Investigator was an abuse of the process and done with bad faith.

The Doctor at the Hospital kept pressuring for my daughters to be vaccinated and she documented " If not vaccinated, they could catch various infections that could put them at risk of dying." ( This statement important to note later)

It is noted, outside of the Court's order, the C.P.I gave the doctor permission to vaccinate.

CLAIM 1: The intentional and illegal use of the Judicial process by HCSO CPI Division resulted in the taken of my daughters, their discriminative conduct lead to the unlawful arrest of my wife and I, and because of the irreparable damages, injury and suffering, I am entitle to retribution and compensation not only for their violations of the law but for also violating my constitutional rights.

## HCSO Criminal Division

On February 8, 2022, Detective Kristine Hendricks purjured herself by disregarding the truth and facts made known to her only to admit a frivilous complaint by asserting intentional misrepresentations of facts and asserting false statements under oath to support a finding of Probable Cause.

The Content of Detective Hendricks affidavit did not track the language nor elements of the offense charged, It consisted on intentional misstatements such as " the victims were at risk of dying from being malnourish", or "The parents would not provide the food to the victims"; The medical expert's reports including the C.P.I Report never made these false claims. Her Affidavit is not supported by the material facts of the information provided. Detective Hendricks knew without the unecessary phraseology and deliberate falsifications; Her sworn complaint fails to provide probable cause. Febuary 10, 2022, my wife and I are detained. The investigation conducted by Detective Dakota Fortin and Detective Kristine Hendricks was initiated with bad intentions, they went around

ONLY INTERVIEWING WITNESSESS THEY KNEW HAD A
PERSONAL VENDETTA, BIAS, OR HAD A PERSONAL INTEREST.
THE DETECTIVES KNEW THERE WAS NO EVIDENCE WITHIN
THE BODY OF INFORMATION, AND STILL CHOSE TO FERRET A
CRIME AGAINST TWO INNOCENT PARENTS KNOWING THERE
WAS NO CRIME COMMITTED, OR VIOLATIONS OF THE LAW.

CLAIM 2: THE HCSO CRIMINAL DIVISION ILLEGAL USE
OF THE Judicial PROCESS RESULTED IN AN UNLAWFUL
ARREST AND DETENTION, THEIR MISCONDUCT CAUSED
IRREPARABLE DAMAGES, INJURIES AND ECONOMIC LOSS.
I'M ENTITLE TO RETRIBUTION AND COMPENSATION FOR
THE SUFFERING.

THE State ATTORNEY office of SUSAN S. LOPEZ

ON FEBUARY 24, 2022, THE STATE ATTORNEY office
VINDICTIVELY PROSECUTED A DEFECTIVE INFORMATION
KNOWING it did Not tRACK THE lANGUAGE of THE Statute
OR OFFENSE CHARGED, NOR did THE INFORMATION CONTAIN
THE REQUIRED ELEMENTS to PROSECUTE A PRIMA FACIE
CASE. THE State CHARGED ME WITH TWO COUNTS of
CHILD NEGLECT; ONE WITH GREAT bodily HARM.

THE Assistant State ATTORNEY JESSICA W. O'CONNOR
CHERRY-PICKED specific INFORMATION WHILE

intentionally suppressing material information
that would NEGATE Guilt. She intentionally withheld
medical documents from the Discovery, Knowing
not only, would it had proven my innocence, It wouldv'e
expose the frivilous Nature of this case.

I can present documents that prove the state
attorney, office not only was Relying on impeaching
Evidence, they were willing to use testimonies they
Knew were false and a violation of Florida's law.
Jessica O'Connor intentionally miscalculated the
Sentencing scoresheet to enhance the punishment
and plea bargain, and somehow knew the Public defender
was not going to correct it nor oppose it. The state
withheld any information or Reports that wouldv'e
favor the defense.

On May 16, 2022, Assistant State Attorney
Brooke Padgett swore Herself to the information
commenced by Jessica O'Connor only to continue
an unlawful proceeding that's not presenting nor
constituting a crime. Ms. Padgett allowed my wife
to take a plea bargain she knew was erroneous
and miscalculated by Ms. O'Connor.

Assistant State Attorney Brooke Padgett and

Susan Lopez fatally violated the law by also coercing and allowing my wife to take a four year plea based on an illegal scoresheet knowing my co-defendant (wife) was a first time felony offender. The State Attorney office conspired with C.P.I and detectives to obstruct the course of the Justice System.

**Claim 3:** The State Attorney office of Susan Lopez abused the Judicial process, their unlawful use of the prosecutorial system neglected me of procedural due process causing much irreparable harm, injuries and long-term suffering, which entitles me to compensation for the damages and loss.

### Children's Legal Service

On April 7, 2022, Children's legal service attorney Andrew Eicher violated Florida's statutes by using pending charges (child neglect) to petition a permenate termination of Parental Rights, he deliberately asserted false statements under oath.

The content of Andrew Eicher petition did not consist with the material facts of the information provided by medical experts and investigative reports. His disregard for the Truth and law,

OR THE juvenile procedures was with Reckless intention, And without A Reasonable excuse the Children's Legal Service wanted to disregard the boundaries of the law to unlawfully and permenately Remove me out of my biological Children's life without offering my wife And I case plan or any other secondary option. Andrew Eicher conspired with the C.P.T.

Claim 4: The family service for Children NEGligence And abuse of process caused irreparable damages And they should be held liable for the suffering. I'm entitle to compensation for their unlawful Practice.

Law office of JuliANNE M. Holt Public Defender

March 4, 2022, The Public defender office was Appointed to my case on the same date of my ARRAignment, And with no communication or without informing me, And without my consent waived my APPEARANCE. Without informing me and without my consent, The Public Defender's office waived any pretrial stage Hearing that would have objected or opposed the detective information charged by the state.

Assistant Public defender Patric Jones was appointed to Represent me and my co-defendant (wife) on the Child Neglect Charges.

11 of 14

Patric Jones persistent Refusal to investigate into legal matters or to argue the legal deficiency and statutory violations of the state's case prejudice the defense. His Refusal to obtain witnessess or information that would favor the defense or negate guilt lead me to filing motions asserting "Ineffective Assistance of Counsel."

After Patric Jones attempted to Coerce me and my wife into taking a 4 year plea bargain, I informed him of my Rights to Conflict-free Counsel. He was fully aware of Jessica O'Connor unlawfully enhancing the scoresheet by intensionally miscalculating the score by applying my 22 year old out-of-state Convictions, as well for other errors on the scoresheet.

I had to invoke my Right to Self-Representation just to have Patric Jones Removed as my Counsel, and sometime afterwards He was still allowed to Coerce my wife (Co-defendant) into taking an illegal plea bargain. The Public defender's office Refusal to take corrective Actions and their negligence to the duties owed to Clients Caused or Created an unfair proceeding, and Caused irreparable damages.

The Public defender's office Knowingly Conspired with the State Attorney's office to ferret a false

And frivilous Child Neglect Case despite Not only Knowing my Wife And I Are innocent, but there is No Crime or the Required elements Within the body of information. The Public defender Patric Jones was determine to Neglect me of my 6th Amendment Right by Neglecting me of an Adequate defense And A duty owed by law. The Public defender's office Assisted the State with A Guilty Verdict by Coercing my Co-defendant (Wife) into taken An illegal 4 year plea Knowing it would Also favor the "Termination of Parental Rights" Case.


Claim 5:
Due to the Public defender's office Negligence and breach of duty, I'm Entitle to Compensation for the damages And suffering Resulting from Legal malpractice

13 of 14

In summary, the defendants conspired with one another knowingly, and purposely fabricated a child neglect case not only by violating Florida's statutes and constitution but by maliciously misrepresenting the material facts to criminalize an innocent person that resulted in the deprivation of my liberty, just to conspire the unlawful taken of my children, the documents of the court is self evident, and proof of this abuse of process and negligence.

Claim 1: Hillsborough County, sheriff office child protection investigation division's employees violated my first, eighth and fourteenth amendment and should be held liable for the intentional infliction of emotional distress; slander and libel, defamation, abuse of process, medical malpractice, mental anguish, I'm entitle to compensation for loss of time and non-economic damages, unlawful removal of children caused psychological trauma and ongoing suffering.

Claim 2: Hillsborough County, sheriff office criminal division's detective Hendricks and Fortin including other employees violated my first, fifth, eighth and forth and fourteenth amendment, and should be held liable for unlawful arrest, false imprisonment, slander and libel, abuse of process, intentional infliction of emotional distress, loss of time and loss of economic and non-economic wages, I'm entitle to compensation for the injuries and suffering.

Claim 3: THE State Attorney office of Susan Lopez's Employee; Jessica O'Connor And Brooke Padgett violated my first, forth, fifth, eighth and fourteenth Amendment and should be Held liable for False imprisonment, Abuse of Process, Slander and Libel, Defamation, Intentional Infliction of Emotional distress, Loss of time And Economic plus Non-Economic Wages, I'm entitle to Compensation for the Severe And ongoing suffering, due to Malicious Prosecution.

Claim 4: THE Children's legal SERVICE's Andrew Eicher Violated my first, fifth, sixth And fourteenth Amendment, And should be Held liable for Malicious Prosecution, Abuse of Process, Intentional infliction of Emotional distress, False Allegations, Slander And Libel. I'm entitle to Compensation for the Suffering.

Claim 5: THE Public Defender office of Julianne Holt Violated my Sixth And fourteeth Amendment And should be Held liable for Legal malpractice, Abuse of Process, Breach of Duty, intentional infliction of Emotional distress. I'm entitle to Compensation for the loss of time, loss of Non-Economic And Economic Wages And Severe mental distortment, And ongoing suffering.